IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HESHAM ISMAIL, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-3196 |
| | : | |
| JOHN D. BULLOCK | : | |
| and GEORGE WYLESOL, | : | |
|     Defendants. | : | |

### ORDER

AND NOW, this 8th day of October, 2024, upon consideration of Plaintiff Hesham Ismail's Complaint (ECF 1) and the parties briefing, it is **ORDERED** that:

1. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

2. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

s/ Michael M. Baylson
**MICHAEL M. BAYLSON, J.**

\\ADU.DCN\PAED\PHL-DATA\JUDGE_BAYLSON\CIVIL 24\24-3196 ISMAIL V BULLOCK AND WYLESOL\24-CV-3196 DISMISSAL ORDER.DOCX